| | |
|---|---|
| 1 | RICHARD M. OBERTO |
| | ATTORNEY AT LAW |
| 2 | State Bar No. 247285 |
| | 516 W. Shaw Ave., Ste. 200 |
| 3 | Fresno, California 93704 |
| | Telephone: (559) 221-2557 |
| 4 | |
| | Attorney for Defendant, |
| 5 | Bert Harris |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:18-cr-00003 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO VACATE CURRENT |
| | ) | TRIAL AND TRIAL CONFIRMATION |
| v. | ) | DATES, EXCLUDE TIME, AND |
| | ) | RESCHEDULE CASE FOR NEW TRIAL |
| BERT HARRIS, | ) | AND TRIAL CONFIRMATION DATES; |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Please take notice that the parties in the case have agreed to vacate the trial setting in the above-entitled case, exclude time, and reschedule the matter for trial on June 18, 2019, at 1 p.m., in Courtroom 5, before the Honorable District Court Judge Dale A. Drozd and trial confirmation on June 3, 2019, at 10 a.m., in Courtroom 5, before Judge Drozd. The case is currently scheduled for trial on March 26, 2019, with no exclusion of time, and for trial confirmation on March 11, 2019.

The reason for the present agreement of the parties is that after the case was set for trial, the defense requested a continuance for defense investigation and preparation. Specifically, after the parties set the current trial date, the defense determined that it needed additional time to find, interview, and investigate a witness that the defense believes will provide support for its defense. Given defense counsel's schedule and the importance of this witness for the defense, the defense anticipates that it will be unable to adequately investigate and prepare for trial by the current date of March 26, 2019. The

1

defense therefore believes it is necessary to continue trial to June 18, 2019, to allow for sufficient time to locate, interview, and investigate the witness, along for other trial preparation.

18 U.S.C. 3161(h)(7) authorizes a continuance and exclusion of time in circumstances such as the present based on the request of the counsel and order of the judge. Circumstances justifying a continuance and exclusion of time in this case include the following: (a) Failure to grant the continuance likely would result in a miscarriage of justice; (b) it is unreasonable to expect adequate preparation for trial under the current time constraints; (c) failure to grant the continuance would deny defense counsel a reasonable time for effective trial preparation; and (d) the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. (See 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(i), (ii), (iv).)

For the reasons stated above, the parties stipulate as follows:

1. That Mr. Harris' trial currently scheduled for March 26, 2019, and trial confirmation scheduled for March 11, 2019, be vacated;

2. That Mr. Harris' trial be rescheduled for June 18, 2019, at 1 p.m., in Courtroom 5, before Judge Drozd, and that the trial confirmation be scheduled for June 3, 2019, at 10 a.m., in Courtroom 5, before Judge Drozd; and

3. That time be excluded in the interests of justice for case preparation from the date of February 5, 2019, to the rescheduled trial date of June 18, 2019.

DATED: 2/5/19 　　　　　　　　　　　　　　　　*/s/ Ross Pearson*
　　　　　　　　　　　　　　　　　　　　　　　Ross Pearson
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: 2/5/19 　　　　　　　　　　　　　　　　*/s/ Richard M. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　RICHARD M. OBERTO
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　Bert Harris

## ORDER

**IT IS HEREBY ORDERED,** upon the finding that defendant's counsel requires additional time in which to adequately prepare for trial and that the ends of justice to be served by granting a continuance therefore outweigh the best interest of the public and the defendant in a speedy trial making the exclusion of time from today's date through June 18, 2019 appropriate under 18 U.S.C. 3161(h)(7)(b)(iv), Local Code T4 and that the present trial date of March 26, 2019, and trial confirmation date of March 11, 2019, in the case of the defendant BERT HARRIS be vacated; that the trial be rescheduled for June 18, 2019, at 1 p.m., in Courtroom 5, before the Honorable District Court Judge Dale A. Drozd, and that the trial confirmation be rescheduled for June 3, 2019, at 10 a.m., in Courtroom 5, before Judge Drozd; and that time be excluded from February 5, 2019, to June 18, 2019.

IT IS SO ORDERED.

Dated: **February 6, 2019**

_____
UNITED STATES DISTRICT JUDGE